IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **JAMES A. STEPHENS** | * | Case No. 1:11 cv 513 |
| Plaintiff, | * | Judge Sandra S. Beckwith |
| vs. | * | |
| **AETNA LIFE INSURANCE COMPANY** | * | |
| Defendant. | * | |

### AGREED ORDER DISMISSING
### CLAIM FOR STATUTORY PENALTIES

Upon the agreement of the parties, the Court hereby dismisses with prejudice Plaintiff's second claim for statutory penalties under the Employee Retirement Income Security Act (Complaint paragraphs 33 to 37). The first claim, an action to recover long term disability benefits, remains for adjudication.

SO ORDERED.

_____
United States District Judge Sandra S. Beckwith